**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EUGENE MCCROSSEN,

    Plaintiff,

        v.

ALTERNA MASSAGE & TANNING,

    Defendant.

CIVIL ACTION NO. 3:05-CV-1489

(JUDGE CAPUTO)

<u>**MEMORANDUM ORDER**</u>

Plaintiff Eugene McCrossen filed the present action to require Alterna Massage & Tanning to comply with the accessibility requirements of the Americans with Disabilities Act.  (Doc. 1.)  Simultaneously, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.)  The Court has discretion to grant *in forma pauperis* status.  *Goldstein v. Timoney*, No. 01-481, 2001 WL 179868 at *1 (E.D. Pa. Feb. 20, 2001).  "Poverty sufficient to qualify for *in forma pauperis* status does not require penniless destitution." *Id.* (alterations omitted) (citing *Ward v. Werner*, 61 F.R.D. 639, 640 (M.D. Pa. 1974)). "[T]here exists no fixed net worth which disqualifies a party as a pauper." *Id.*

Plaintiff submits an affidavit indicating that he is presently not employed and receiving $874 per month in Social Security Disability Income.  (Doc. 2.)  Plaintiff further indicates that he owns no car, has savings of $10, has a balance of $15 in his checking account, and pays rent on his residence.  *Id.*  I find Plaintiff is unable to pay filing fees or give security, and, as such, he qualifies for *in forma pauperis* status.

**NOW**, this   <u>29th</u>   day of August, 2005, **IT IS HEREBY ORDERED** that:

(1)    Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

(2)     The Clerk of the Court shall prepare a summons for the United States
        Marshals to serve with the Complaint on the Defendant named herein.




                                         /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge